[No. 52459-3-I.   Division One.   June 1, 2004.]

GUY F. PETTY, *Appellant*, v. MARGARET A. PETTY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 02-4-04662-0, Carlos Velategui, J. Pro Tem., entered May 7, 2003. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Cox, C.J., and Grosse, J.


[No. 52462-3-I.   Division One.   June 1, 2004.]

PWI TECHNOLOGIES, INC., *Appellant*, v. CMI WORLDWIDE, *Defendant*, SALTON, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 01-2-17477-1, John P. Erlick, J., entered May 30, 2003. *Affirmed* by unpublished opinion per Agid, J., concurred in by Coleman and Schindler, JJ.


[No. 52482-8-I.   Division One.   June 1, 2004.]

THE STATE OF WASHINGTON, *Appellant*, v. LEON JACKSON, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-01167-1, Cheryl B. Carey, J., entered May 14, 2003. *Reversed* by unpublished per curiam opinion.


[No. 52523-9-I.   Division One.   June 1, 2004.]

FAIZ A. KASS-ELIAS, ET AL., *Appellants*, v. ROBERT C. COSBEY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 02-2-28065-0, Linda Lau, J., entered May 19, 2003. *Reversed* by unpublished opinion per Baker, J., concurred in by Ellington, A.C.J., and Kennedy, J.